**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Keisy GUERRERO MARIANO,<br><br>   *Petitioner*,<br><br>v.<br><br>Thomas DECKER, *et al.*,<br><br>   *Respondents*. | CASE NO. 21-CV-4440 |

**NOTICE OF PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2, the petitioner moves this Court for leave to file certain documents supporting his amended petition for a writ of habeas corpus under seal. Specifically, the petitioner seeks leave to file under seal declarations from a psychologist and social worker that detail his mental health and psychiatric functioning while in detention and discuss the past traumatic experiences, medical records for petitioner and petitioner's mother, and two documents previously submitted in support of petitioner's U-visa application as a crime victim.

In support of this motion, the petitioner files his Memorandum of Law in Support of the Motion for Leave to File Certain Documents Under Seal, the Declaration of Julie Dona and supporting exhibits, and a proposed order.

Petitioner has informed counsel for the government of this motion, and the government does not oppose this request.

Respectfully submitted,

*/s/ Julie Dona*
Julie Dona
Johanna Zacarias*
THE LEGAL AID SOCIETY
Immigration Law Unit
199 Water Street, 3rd Floor
New York, NY 10038
(646) 988-1425
jdona@legal-aid.org

*Counsel for Petitioner*

*Application to appear pro hac vice forthcoming

Dated: June 3, 2021
Brooklyn, New York

Because the Court concludes that Petitioner's privacy interests outweigh the presumption of public access to these documents, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the Court grants Petitioner's unopposed motion to seal in a separately docketed order.

SO ORDERED.

Date: June 4, 2021
New York, New York

JOHN P. CRONAN
United States District Judge