UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Keisy GUERRERO MARIANO,<br><br>    *Petitioner*,<br><br>v.<br><br>Thomas DECKER, *et al.*,<br><br>    *Respondents*. | CASE NO. 21-CV-4440 (JPC) |

## [~~PROPOSED~~] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Petitioner's motion to file certain documents under seal is GRANTED. Specifically, the Court orders that the following documents be sealed:

- Exhibit B to the Declaration of Morganne Barrett ("Barrett Decl."), Psychological Evaluation by Dr. Andrew Rasmussen;

- Barrett Decl., Exhibit C, Petitioner's U-Visa Certification and U-Visa Declaration;

- Barrett Decl., Exhibit D, Excerpt of Petitioner's Medical Records from Hudson County Jail;

- Barrett Decl., Exhibit G, Declaration of Raisa Rodriguez-Torres, LMSW;

- Barrett Decl., Exhibit H, Medical Records of Elida Mariano.

The Clerk of the Court is instructed to file the aforementioned documents under seal. The Clerk of the Court is further instructed that these documents shall remain under seal until otherwise ordered by the Court.

    **IT IS SO ORDERED.**

Dated:          June 4, 2021
       New York, New York

_____
Hon. John P. Cronan
United States District Judge