UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEISY G.M.,

                Petitioner,

11/29/2021

21 **CIVIL** 4440 (JPC)

-against-

**JUDGMENT**

THOMAS DECKER, et al.,

                Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated November 29, 2021, the Petition is denied in its entirety and judgment is entered in the Government's favor; accordingly, the case is closed.

**DATED:** New York, New York
November 29, 2021

                              **RUBY J. KRAJICK**

                              Clerk of Court
BY:
                              Deputy Clerk