UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KEISY G.M.,                                                        :
:
                Petitioner,                        :
:
       -v-                                             :    21 Civ. 4440 (JPC)
:
THOMAS DECKER, *et al.*,                                           :        ORDER
:
                Respondents.                       :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       By two weeks from the date of this Order, the parties shall file a joint status letter updating the Court about the status of Petitioner's immigration proceedings and the parties' views on next steps in this case.

       SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                                JOHN P. CRONAN
                                       United States District Judge