UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                    :
KEISY G.M.,                                         :
                                                    :
                          Petitioner,               :
                                                    :
            -v-                                     :            21 Civ. 4440 (JPC)
                                                    :
THOMAS DECKER, *et al.*,                             :                 ORDER
                                                    :
                          Respondents.              :
                                                    :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　As discussed at yesterday's conference, the parties should file simultaneous letter briefs of no more than ten pages by January 16, 2026, arguing for their respective positions on how this case should be resolved.  Letter responses of no more than ten pages may be filed by February 6, 2026.

　　SO ORDERED.

Dated: December 10, 2025
       New York, New York                          JOHN P. CRONAN
                                                   United States District Judge