UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISY G.M., Petitioner, -v- THOMAS DECKER, *et al.*, Respondents. | 21 Civ. 4440 (JPC) ORDER |

JOHN P. CRONAN, United States District Judge:

On December 10, 2025, the Court ordered the parties to file letter briefs setting forth their respective positions on how this case should be resolved. Dkt. 55. The parties agreed that this case then presented a live controversy. Dkts. 58, 59. The Supreme Court subsequently granted certiorari, but G.M.'s merits brief disclosed that "[o]n August 28, the Governor of New York granted Respondent Keisy G.M. a full and unconditional pardon of the state criminal conviction that is the sole basis for his removal," and argued that the case was moot. Brief of Respondent G. M. at 1, *Genalo v. Black*, No. 25-886 (U.S. Aug. 31, 2026). The government agreed and the parties jointly stipulated to dismiss the case. *See Genalo v. Black*, No. 25-886 (U.S. Sept. 11, 2026).

By two weeks from the date of this Order, the parties shall file a joint status letter informing the Court of their position on what impact, if any, the pardon has on this case, including whether any live claim remains.

SO ORDERED.

Dated: September 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge